Helen F. Dalton & Associates, P.C.
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ROCAEL ANTONIO CULAJAY, individually and on behalf of
all others similarly situated,

                         Plaintiff,

      -against-

P.M.F. STEEL CORP., and HELDER CARDOSO and MARIA
G. MARTINS, as individuals,

                        Defendants.

-----------------------------------------------------------------------X

**PROPOSED DEFAULT
JUDGMENT ORDER**

**16-CV-6597 (JS)(GRB)**

        This action was commenced by filing of a Summons and Complaint on November 29, 2016. A copy of the summons and complaint was served by personal delivery on:

1. On December 5, 2016 at approximately 1:58p.m., copies of the Summons and Complaint were served at the P.M.F. Steel Corp. location at 88 East Merrick Road, Freeport, NY 11520 upon John C., managing agent and authorized to accept on behalf of the Defendants.

2. On December 8, 2016, a copy of the Summons and Complaint was mailed to individual Defendant Helder Cardoso at 88 East Merrick Road, Freeport, NY 11520.

3. On December 8, 2016, a copy of the Summons and Complaint was mailed to individual Defendant Maria G. Martins at 88 East Merrick Road, Freeport, NY 11520.

4. To date, Defendants have not responded to the Complaint or have otherwise appeared on this matter.

5.   On March 22, 2017, Plaintiff's counsel filed a Request for Certificate of Default and such

Default was noted by the clerk of the Court on March 27, 2017. The entry of Default is

attached hereto as **Exhibit "E".**

**ORDERED, ADJUDGED AND DECREED**: That Plaintiff ROCAEL ANTONIO

CULAJAYhas a judgment against Defendants P.M.F. STEEL CORP., and HELDER CARDOSO

and MARIA G. MARTINS, in the liquidated amount of $22,938.36.

Dated: New York, New York

_____                              _____
                                                                          United States District Judge

6