# Exhibit B

and collective action complaint, Jury trial demanded

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 16-6597
11/29/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* P.M.F. Steel Corp.
was received by me on *(date)* 12/1/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

Desc: White Male, Brown Hair, 35-40 yrs., 6'0-6'2, 250 lbs.

☒ I served the summons on *(name of individual)* John C. - Managing Agent, Auth. to Accept, who is designated by law to accept service of process on behalf of *(name of organization)* P.M.F. Steel Corp. 88 East Merrick Road, Freeport, NY 11520 on *(date)* December 5, 2016 xxxx 1:58 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: December 8, 2016

*Ralph M. Clark (signature)*
Server's signature

Ralph M. Clark - Process Server
Printed name and title

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires August 1, 2018

*Lynn M. Tranquellino (signature)*

Wantagh, NY
Server's address

Additional information regarding attempted service, etc: