# Exhibit C

and collective action complaint; Jury trial demanded

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV16-6597
11/29/16

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Helder Cardoso
was received by me on *(date)* 12/1/16 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's ~~residence or usual place of abode~~ place of business with *(name)* John C. -Co-worker, Auth. to Accept
POB P.M.F. Steel Corp.
88 East Merrick Road, Freeport, NY 11520 , a person of suitable age and discretion who works there.
on *(date)* December 5, 2016 , and mailed a copy to the individual's last known address; or
at: 1:58 PM    Desc: White Male, Brown Hair, 35-40 yrs., 6'0-6'2, 250 lbs.
Mailed personal and confidential on 12/8/16

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
Based upon my conversation with John C. deponent failed
to develop any information that the defendant was in the military or dependent upon anyone in the military.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: December 8, 2016

*Server's signature*
Ralph M. Clark - Process Server
*Printed name and title*

LYNN M. TRANQUELLINO
Notary Public, State of New York
No. 1TR5031219
Qualified in Nassau County
Commission Expires, August 1, 2018

Wantagh, NY
*Server's address*

Additional information regarding attempted service, etc: