# Exhibit E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROCAEL ANTONIO CULAJAY, individually
and on behalf of all others similarly situated,

                Plaintiff,                           **CLERK'S CERTIFICATE**
                                                            **OF DEFAULT**
      - against -                            CV 16-6597 (JS)(GRB)

P.M.F. STEEL CORP., and HELDER CARDOSO
and MARIA G. MARTINS, as individuals,

                Defendants.
-----------------------------------------------------------X

      I, Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants P.M.F. STEEL CORP., HELDER CARDOSO, and MARIA G. MARTINS have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

      The defaults of defendants P.M.F. STEEL CORP., HELDER CARDOSO, and MARIA G. MARTINS are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
       March 27, 2017

                                                                    DOUGLAS C. PALMER
                                                                    CLERK OF THE COURT

                                                   BY:    /S/ JAMES J. TORITTO
                                                                        DEPUTY CLERK