# Exhibit F

## LABOR LAW CALCULATIONS:

| Case Name & Contact Information | Rocael Culajay<br>590 Fulton Avenue<br>Hempstead, NY 11550 | | | |
|---|---|---|---|---|
| File # | 116-L061 | | | |
| Employer Name & Information | P.M.F. Steel Ltd.<br>88 East Merrick Road<br>Freeport, NY 11520 | | | |
| Type Of Employment | Welder | | | |
| Still Employed? | No | | | |
| Dates Of Employment | **CLAIMING 7/1/2012 – 5/29/2014** | | | |
| Total Months Worked | 23 | | | |
| Total Weeks Worked (# of months*4.33) | 99.59 wks | | | |
| Days Per Week Worked | 5d (Mon.-Fri.), every other week<br>6d (Mon.-Sat.), every other week | | | |
| Hours Per Day Worked (* minus ½ hour if gets paid lunch) | 7am – 5pm (30 min break) – 9.5 hours | | | |
| Hours Per Week Worked | 47.5 hw (5d per week)<br>57.0 hw (6d per week) | | | |
| Total Hours Worked Over All Employment (= total hours per week * total months worked) | Period | Weeks worked | Total hours worked | |
| | 7/1/2012 – 5/29/2014 (5d per week) | 49.8 weeks | 49.8wks x 47.5hw = 2,365.50hrs | |
| | 7/1/2012 – 5/29/2014 (6d per week) | 49.8 weeks | 49.8wks x 57hw = 2,838.60hrs | |
| | Total hours worked = 5,204.1 hrs | | | |
| Hourly Wage Paid (if applicable) | $16.25/hr | | | |
| Minimum Wage Violation? | No | | | |
| Amount due per week FOR Overtime | Period | Regular wage | Overtime rate (Pay rate x 1 ½) | Hours worked OT (hrs worked per week – 40hrs) x # of weeks | $ Owed for OT worked (# hrs worked OT x OT rate) |
| | 7/1/2012 – 5/29/2014 (5d per | $16.25 | $16.25 x 1.5 = $24.38 | 47.5 – 40 =7.5h OT<br><br>49.8 wks x | 373.5hrs x $8.13 = **$3,036.55** |

1

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | week) |  | $24.38 - $16.25 = $8.13 | 7.5 hrs = 373.5 |  |
|  | 7/1/2012 – 5/29/2014 (6d per week) | $16.25 | $16.25 x 1.5 = $24.38<br><br>$24.38 - $16.25 = $8.13 | 57.0 – 40 = 17h OT<br><br>49.8 wks x 17 = 846.6 | 846.6hrs x $8.13 = **$6,882.86** |
|  | **Total Overtime owed $9,919.41** | | | | |
| Total employee owed | **Overtime Owed:**                               <u>**$9,919.41**</u> | | | | |
| Liquidated Damages (Double) | **FEDERAL (3y): $3,018.95**<br><br>**Total damages: $3,018.95** | | | | |
| Statutory Penalty for Invalid Wage and Hour Notice | $5,000.00 | | | | |
| Statutory Penalty for Invalid Wage Statement | $5,000.00 | | | | |
| **Grand Total employee owed including liquidated damages** | **$22,938.36** plus attys fees, interest | | | | |

2